# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## 07-580


DR. STELLA GWANDIKU, ET AL.

V.

STATE FARM MUTUAL AUTO INSURANCE COMPANY, ET AL.


************

## APPEAL FROM THE
## NINTH JUDICIAL DISTRICT COURT
## PARISH OF RAPIDES, NO. 225,132-D
## HONORABLE JOHN DAVIDSON, DISTRICT JUDGE
************

## ON REHEARING

************

## JAMES T. GENOVESE
## JUDGE

************

Court composed of Marc T. Amy, Michael G. Sullivan, and James T. Genovese, Judges.


**AFFIRMED AS AMENDED.**


**Thomas D. Davenport, Jr.**
**The Davenport Firm, APLC**
**1628 Metro Drive**
**Alexandria, Louisiana 71301**
**(318) 445-9696**
**COUNSEL FOR PLAINTIFF/APPELLANT:**
    **Dr. Stella Gwandiku**

**Randall B. Keiser**
**D. Heath Trahan**
**Keiser Law Firm, P.L.C.**
**Post Office Box 12358**
**3700 Jackson Street, Suite 102**
**Alexandria, Louisiana 71315-2358**
**(318) 443-6168**
**COUNSEL FOR DEFENDANTS/APPELLEES:**
      **Pat Adams P.T. & Associates, Inc. and**
      **Pat Adams**

**GENOVESE, JUDGE.**

We grant the Application for Limited Rehearing filed on behalf of Defendants, Pat Adams PT & Associates, Inc. and Pat Adams (collectively Adams), for the sole and limited purpose of addressing the issue of attorney fees on appeal, which was not addressed in our original opinion.

Considering the mandatory attorney fee language in La.Code Civ.P. art. 971(B), the fact that Adams was successful in obtaining relief on appeal, the fact that Plaintiffs, Dr. Stella Gwandiku, et al., were unsuccessful in obtaining relief on appeal, and the fact that the appeal necessitated additional work by counsel for Adams, we award Adams an additional $2,000.00 in attorney fees for work done on appeal. *Vickers v. Interstate Dodge, Inc.,* 04-109 (La.App. 3 Cir. 9/29/04), 882 So.2d 1236. We hereby amend our original opinion to reflect an additional award of $2,000.00 in attorney fees to Adams for work done on appeal.

**AFFIRMED AS AMENDED.**

1